UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:24-cr-00009-JMS-MKK |
| ) | |
| MAXIMILIANO PILIPIS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS COUNTS 1-5 OF THE INDICTMENT

Defendant Maximiliano Pilipis, through counsel and pursuant to Fed. R. Crim. P. 12, moves this Court to Dismiss the Superseding Indictment in this matter. In support, Pilipis relies upon and incorporates the exhibits attached to this Motion and the contemporaneously filed Memorandum of Law.

Respectfully submitted,

*/s/ Josh Minkler*
Josh Minkler (Atty. No. 18483-49)
Kathleen L. Matsoukas (Atty. No. 31833-49)
Alyssa Hughes (Atty. No. 34645-71)
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: 317-236-1313
Facsimile: 317-231-7433
Email: Josh.Minkler@btlaw.com
　　　　Kathleen.Matsoukas@btlaw.com
　　　　Alyssa.Hughes@btlaw.com

Todd Foster
Todd Foster Law Group
601 Bayshore Blvd. Suite 615
Tampa, FL 33606
Telephone: 813-565-0600
Email: tfoster@tfosterlawgroup.com

*Admitted pro hac vice*

David M. Garvin
David M. Garvin, P.A.
2333 Ponce De Leon Blvd. Ste 314
Coral Gables, FL 33134
Telephone: 305-371-8101
Email: dgarvin@garvin.law
*Admitted pro hac vice*

*Attorneys for Defendant Maximiliano Pilipis*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing has been served on all counsel of record via the Court's electronic filing system on this 25th day of October, 2024.

*/s/ Josh Minkler*
Josh Minkler