UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:24-cr-00009-JMS-MKK |
| | ) | |
| MAXIMILIANO PILIPIS, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION TO DISMISS SUPERSEDING INDICTMENT**

The United States of America, by John E. Childress, Acting United States Attorney, Southern District of Indiana, and MaryAnn T. Mindrum and Meredith Wood, Assistant United States Attorneys, moves pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Superseding Indictment (Dkt. 66) with prejudice.

As such, the United States further requests that the Court:

- dissolve the temporary restraining order (Dkts. 42 and 76);
- deny all pending motion(s) or application(s) as moot; and
- vacate the telephonic status conference currently scheduled for April 24, 2025.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By:   /s/ *MaryAnn T. Mindrum*
MaryAnn T. Mindrum
Meredith Wood
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2025, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ *MaryAnn T. Mindrum*
MaryAnn T. Mindrum
Assistant United States Attorney
United States Attorney's Office
10 W. Market St., Suite 2100
Indianapolis, IN 46204
Phone: (317) 226-6333
Fax: (317) 226-6125
E-mail: maryann.mindrum@usdoj.gov