UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,     )
     )
     Plaintiff,     )
     )
     v.     )     CAUSE NO. 1:24-cr-00009-JMS-MKK
     )
MAXIMILIANO PILIPIS,     )
     )
     Defendant.     )

## ORDER

Upon consideration of the Government's Motion to Dismiss the Superseding Indictment, it is ORDERED that the Motion to Dismiss the Superseding Indictment with prejudice is hereby GRANTED.

IT IS FURTHER ORDERED THAT:

The temporary restraining order is hereby DISSOLVED [42 and 76];

All pending motion(s) and application(s) are hereby DENIED AS MOOT; and

The telephonic status conference currently scheduled for April 24, 2025 is hereby VACATED.

SO ORDERED.

Distribution to all registered counsel via electronic notification.